**Lola M. COOPER, Appellant,**

v.

**ST. JOSEPH RADIOLOGY ASSOCI-ATES, INC., and Joseph L. Fisher, M.D., Respondents.**

**No. WD 44003.**

Missouri Court of Appeals, Western District.

Aug. 27, 1991.

Robert R. Shepherd, Oregon, for appellant.

Robert A. Brown, Jr., St. Joseph, for respondents.

Before SHANGLER, P.J., LOWENSTEIN, C.J., and BERREY, J.

## ORDER

PER CURIAM:

Appeal from a grant of summary judgment in favor of respondent in a medical malpractice case.

Judgment affirmed.   Rule 84.16(b).